JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ETTINGER & ASSOCIATES, LLC
NEIL D. ETTINGER, ESQUIRE

**(b)** County of Residence of First Listed Plaintiff: **Lehigh County, Pa**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Neil D. Ettinger, Esquire
1815 Schadt Ave., Whitehall, Lehigh County, PA 18052
610 439 3881

## DEFENDANTS
THE HARTFORD/TWIN CITY FIRE INSURANCE COMPANY

County of Residence of First Listed Defendant: **Hartford, CT**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Ronald P. Schiller, Esquire
Hangley Aronchick Segal Pudlin & Schiller, One Logan Sq., 27th Fl.,
Philadelphia, PA 19103  T: 215 568 6200

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332
Brief description of cause:
Plaintiff seeks declaratory relief and alleges bad faith denial under a Professional Liability Policy

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **in Excess of $50K and punitive damages**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 6/11/12
SIGNATURE OF ATTORNEY OF RECORD *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1815 Schadt Avenue, Whitehall, Lehigh County, PA 18052

Address of Defendant: One Hartford Plaza, Hartford, CT 06155

Place of Accident, Incident or Transaction: Pennsylvania
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☒

RELATED CASE, IF ANY:
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐   No ☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Ronald P. Schiller, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 06/11/2012       *[signature]*       41357
                       Attorney-at-Law     Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 06/11/2012       *[signature]*       41357
                       Attorney-at-Law     Attorney I.D.#

CIV. 609 (5/2012)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1815 Schadt Avenue, Whitehall, Lehigh County, PA 18052

Address of Defendant: One Hartford Plaza, Hartford, CT 06155

Place of Accident, Incident or Transaction: Pennsylvania
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☒  No☐

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒
RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Ronald P. Schiller, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 06/11/2012   _[signature]_   41357
                   Attorney-at-Law   Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 06/11/2012   _[signature]_   41357
                   Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETTINGER & ASSOCIATES, LLC, <br> NEIL D. ETTINGER, ESQUIRE <br><br> *Plaintiffs,* <br><br> v. <br><br> THE HARTFORD/TWIN CITY FIRE <br> INSURANCE COMPANY <br><br> *Defendant.* | CIVIL ACTION NO.: |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate parties, Twin City Fire Insurance Co., in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Twin City Fire Insurance Company, improperly named as "The Hartford/Twin City Fire Insurance Company" is wholly owned by Hartford Fire Insurance Company, a Connecticut corporation. Hartford Fire Insurance Company is a wholly owned company of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock.

|  |  |
|---|---|
| June 11, 2012 <br> Date | /s/ Ronald P. Schiller <br> Ronald P. Schiller (Pa. I.D. No. 41357) <br> Michael Carlson (Pa. I.D. No. 89937) <br> HANGLEY ARONCHICK SEGAL <br> PUDLING & SCHILLER <br> One Logan Square, 27th Floor <br> Philadelphia, PA 19103 <br> (215) 568-6200 (telephone) <br><br> *Counsel for Twin City Fire Insurance Co.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETTINGER & ASSOCIATES, LLC,<br>NEIL D. ETTINGER, ESQUIRE<br><br>*Plaintiffs,*<br><br>v.<br><br>THE HARTFORD/TWIN CITY FIRE<br>INSURANCE COMPANY<br><br>*Defendant.* | CIVIL ACTION NO.: |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate parties, Twin City Fire Insurance Co., in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Twin City Fire Insurance Company, improperly named as "The Hartford/Twin City Fire Insurance Company" is wholly owned by Hartford Fire Insurance Company, a Connecticut corporation. Hartford Fire Insurance Company is a wholly owned company of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock.

  June 11, 2012  
         Date

/s/ Ronald P. Schiller
Ronald P. Schiller (Pa. I.D. No. 41357)
Michael Carlson (Pa. I.D. No. 89937)
HANGLEY ARONCHICK SEGAL
PUDLING & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200 (telephone)

*Counsel for Twin City Fire Insurance Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | |
|---|---|
| ETTINGER & ASSOCIATES, LLC, NEIL D. ETTINGER, ESQUIRE  v.  THE HARTFORD/TWIN CITY FIRE INSURANCE COMPANY | CIVIL ACTION  NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (x)

| 06/11/2012 | Ronald P. Schiller | Deft. The Hartford/Twin City Fire Insurance Co. |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215 568 6200 | 215 568 0300 | rschiller@hangley.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETTINGER & ASSOCIATES, LLC<br>1815 Schadt Avenue<br>Whitehall, Lehigh County, PA 18052<br><br>NEIL D. ETTINGER, ESQUIRE<br>1815 Schadt Avenue<br>Whitehall, Lehigh County, PA 18052,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE HARTFORD/TWIN CITY FIRE<br>INSURANCE COMPANY<br>One Hartford Plaza<br>Hartford, CT 06155,<br><br>      Defendant. | CIVIL ACTION NO.: |

## NOTICE OF REMOVAL

To the United States District Court
for the Eastern District of Pennsylvania:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and Federal Rule of Civil Procedure 81(c), Defendant Twin City Fire Insurance Company, improperly named as "The Hartford/Twin City Fire Insurance Company (hereinafter "Twin City"), hereby files a Notice of Removal of Case No. C-48-CV-2012-4598, from the Court of Common Pleas of Northampton County in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania, and in support thereof, avers as follows:

I.  **Background**

1. On May 16, 2012, Plaintiffs Ettinger & Associates, LLC and Neil D. Ettinger, Esquire ("Ettinger") initiated this action by filing a complaint in the Court of Common Pleas of Northampton County against Twin City. A copy of the complaint is attached hereto as Exhibit "A."

2. The docket reflects certificate of service upon Twin City on May 21, 2012. A copy of the state court docket is attached hereto as Exhibit "B."

3. The complaint seeks declaratory relief and alleges bad faith under 42 Pa.C.S.A. § 8371.

II. **Defendants Have Satisfied The Procedural Requirements For Removal**

4. As required by 28 U.S.C. § 1446(b), this Notice is filed within 30 days of Twin City's receipt of the Complaint -- or "initial pleading" -- in this suit.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

6. No previous application has been made for the relief requested herein.

7. The signature below reflects the consent to removal of all of the defendants, known to be served, who must agree to removal. 28 U.S.C. § 1446(2)(A).

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Ettinger and a copy is being filed with the Clerk's office for the Court of Common Pleas of Northampton County, Pennsylvania.

### III. This Court Has Subject Matter Jurisdiction Pursuant To 28 U.S.C. §§ 1332 and 1441.

9. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the plaintiffs and defendant and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

#### A. The Amount In Controversy Requirement Is Satisfied

10. Ettinger alleges damages in excess of $50,000, together with costs, interest, attorneys' fees and punitive damages.

11. Therefore, upon information and belief, the value of the claims alleged in the complaint, if Ettinger were to prevail, exclusive of interest and costs, would exceed the $75,000 amount in controversy required for diversity jurisdiction. *See Bell v. Preferred Life Assur. Soc.*, 320 U.S. 238 (1943) (punitive and actual damages may be aggregated to meet the amount in controversy requirement); *Angus v. Shiley Inc.*, 989 F.2d 142, 146 (3d Cir. 1993) ("the amount in controversy is not measured by the low end of an open-ended claim, but rather by a reasonable reading of the rights being litigated."). The Hartford denies liability and damages to Ettinger in any amount.

#### B. There Is Complete Diversity of Citizenship

12. According to the complaint, plaintiff Ettinger & Associates, LLC, is a Pennsylvania Limited Liability Company with a principal place of business in Whitehall, Pennsylvania. *See* Compl. ¶ 1.

13. According to the Complaint, plaintiff Neil D. Ettinger, Esquire, is an attorney practicing in Pennsylvania. *See* Compl. ¶ 2. Upon information and belief, Mr. Ettinger is a citizen of the Commonwealth of Pennsylvania.

3

14. Defendant Twin City is an Indiana corporation with its principal place of business in Hartford, Connecticut.

15. Twin City's parent corporations, Hartford Fire Insurance Company and The Hartford Financial Services Group, Inc., are Connecticut and Delaware corporations, respectively, with their principal places of business in Hartford, Connecticut.

16. Therefore, there is complete diversity of citizenship between the plaintiffs and the defendant in this action pursuant to 28 U.S.C. § 1332.

**WHEREFORE**, Defendant requests that the above action now pending in the Court of Common Pleas of Northampton County, be removed to this Court.

Respectfully submitted,

Dated: June 11, 2012

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ Ron Schiller

Ronald P. Schiller (Pa. I.D. No. 41357)
Michael Carlson (Pa. I.D. No. 89937)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200 (telephone)
E-mail:   rschiller@hangley.com
         mcarlson@hangley.com

*Attorneys for Defendant Twin City Fire Insurance Company, improperly named as "The Hartford/Twin City Fire Insurance Company."*

4