IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ETTINGER & ASSOCIATES, LLC, | : | CIVIL ACTION |
| NEIL D. ETTINGER, ESQUIRE, | : | |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 12-3274 |
| | : | |
| THE HARTFORD/TWIN CITY FIRE | : | |
| INSURANCE COMPANY, | : | |
|     Defendant | : | |

## O R D E R

**AND NOW**, this 22nd day of May, 2014, upon consideration of Defendant The Hartford/Twin City First Insurance Company's Motion for Judgment on the Pleadings (Doc. #19) and all responses and replies thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** in its entirety**.**

2. The defendant's motion for Protective Order (Doc. #20) is **DENIED** as moot.

3. Judgment is hereby **ENTERED** in favor of Defendant The Hartford/Twin City First Insurance Company and against Plaintiffs Ettinger & Associates, LLC and Neil D. Ettinger, Esquire.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

                                              BY THE COURT:

                                              /s/ Lawrence F. Stengel
                                              LAWRENCE F. STENGEL, J.